```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )            4:05CR3111
         v.                     )
                                )
JUSTIN R. PARKS,                )
                                )               ORDER
                Defendant.      )
                                )
```

IT IS ORDERED:

Plaintiff's motion to continue evidentiary hearing, filing 18, is granted and the hearing is continued from October 31 to December 21, 2005 at 3:30 p.m.

DATED this 28th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge