```
                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
             Plaintiff,          )
                                 )           4:05CR3111
        v.                       )
                                 )
JUSTIN R. PARKS,                 )
                                 )              ORDER
             Defendant.          )
                                 )
_____
```

        IT IS ORDERED:

        1.  Defendant's motion to withdraw motions, filing 20, is
granted and all defendant's pending pretrial motions are
withdrawn without prejudice to re-filing.  The suppression
hearing that was set for today is cancelled.

        2.  Counsel shall report to the undersigned within thirty
days as to the status of the case and make a request for the
setting of a motion hearing, trial date, or plea date.

        DATED this 21st day of December, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge