IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3111 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JUSTIN R. PARKS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 4:06CR3033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SCOTT A. BINNICK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 4:06CR3148 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHELSIE S. PRADO, | ) | |
| | ) | |
| Defendant. | ) | |

The Federal Public Defender has the responsibility under our Criminal Justice Act plan of managing the Criminal Justice Act panel of private lawyers. Mr. Stickman, the Federal Public Defender, has advised the judges of this court that

Michael Levy, a CJA panel lawyer, desires, for good cause, to be relieved of his current court appointments. I will therefore terminate Mr. Levy's appointment in these criminal cases, and appoint new counsel.

IT IS ORDERED that:

1. Korey Reiman is appointed to represent Scott A. Binnick. The competency hearing currently scheduled for June 12, 2008 before Judge Piester is cancelled. The hearing will be rescheduled after Mr. Reiman has been given an opportunity to familiarize himself with the case.

2. Kevin Oursland is appointed to represent Justin R. Parks.

3. Frank Miner is appointed to represent Chelsie S. Prado.

4. The Federal Public Defender shall provide each of these lawyers with a CJA voucher.

5. The Clerk is directed to provide a copy of this memorandum and order to Mr. Levy, Mr. Reiman, Mr. Oursland, Mr. Miner, the prosecutors in each of these cases, Judge Piester and the Federal Public Defender.

June 9, 2008.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge